AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Renasant Bank

      Plaintiff

## JUDGMENT IN A CIVIL CASE

            **V.**

CASE NUMBER:  4:26-cv-00136

Gregory Kim Hobbs, Jr. et al.,

      Defendants

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order of this Court dated August 5th, 2026, this case is dismissed without prejudice for lack of subject matter jurisdiction. This case stands closed.

| 8/5/2026 | | John E. Triplett, Clerk of Court |
| --- | --- | --- |
| *Date* | | *Clerk* |



*(By) Deputy Clerk*

GAS Rev 10/2020